1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lorena Martinez

7

                                    JS-6

8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9                  **SOUTHERN DIVISION**

10

11

12  LORENA MARTINEZ,            ) Case No.: CV 11-02831 MLG
                                )
13            Plaintiff,        ) /~~PROPOSED~~/ ORDER OF
                                ) DISMISSAL
14       vs.                    )
                                )
15  MICHAEL J. ASTRUE,          )
    Commissioner of Social Security, )
16                              )
              Defendant.        )
17  _____)

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21
    DATE:    August 31, 2011         **MARC L. GOLDMAN**
22                                   _____
                                     THE HONORABLE MARC L. GOLDMAN
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  DATE: August 30, 2011            Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING
                                    /s/ *Lawrence D. Rohlfing*
3                               BY:_____
                                    Lawrence D. Rohlfing
4                                   Attorney for plaintiff Lorena Martinez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26